IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Phillip Jay McWhorter                 Case No. 19-12950-JCO-13

## AMENDED ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN AND APPROVING MODIFIED PLAN

This matter is before the court on the Debtor's motion to modify pursuant to 11 U.S.C. § 1329. This court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1334(b) and § 157(a) and (b)(2)(A) and (L). Venue is appropriate as contemplated by 28 U.S.C. § 1408. Appropriate notice was given.

The following is a summary of final plan terms pursuant to the proposed modifications and as calculated by the chapter 13 trustee. Except as modified below, the provisions of the plan as originally filed using this district's model plan form remain in effect and are incorporated herein.

1. Refer to the plan for complete language for Section 1.

2. **PAYMENTS AND LENGTH OF PLAN**

    The term of the plan is 84 months. The confirmed plan as modified requires payment to the trustee as follows for the remaining term of the plan:

    $871.00 per month

3. **PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS**

    | CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | MONTHLY PYMT. |
    |---|---|---|---|---|
    | Ally Bank | 5 | | 2015 Chevrolet Camaro | $166.00 |

4. **POST-CONFIRMATION ALTERNATE MONTHLY PAYMENTS TO SECURED CREDITORS**

    | CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | MONTHLY PYMT. |
    |---|---|---|---|---|
    | Ally Bank | 5 | | 2015 Chevrolet Camaro | $166.00 |

5. **ATTORNEY'S FEE FOR DEBTOR'S BANKRUPTCY COUNSEL**

    | DEBTOR'S COUNSEL | FEE TO BE PAID THROUGH PLAN |
    |---|---|
    | Kevin M. Ryan | $4,000.00 |

6. **DOMESTIC SUPPORT OBLIGATIONS**

    | CREDITOR | ECF # | STATUS | TOTAL CLAIM | CLAIMANT | ALTERNATE MONTHLY PAYMENT | PREFERENCE PAYMENT |
    |---|---|---|---|---|---|---|
    | | | | | | | |

7. **TREATMENT OF SECURED CLAIMS**

    7.1 **Request for valuation of secured claims, payment of secured claims, and modification of undersecured claims**

| CREDITOR | ECF # | STATUS | SECURED CLAIM | COLLATERAL DESCRIPTION | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|
| Ally Bank | 5 | | $16,395.58 | 2015 Chevrolet Camaro | 7.00 % | $996.31 |

**PRO RATA CREDITORS**

| CREDITOR | ECF# | STATUS | SECURED VALUE | COLLATERAL DESCRIPTION |
|---|---|---|---|---|

**7.2** Secured claims excluded from valuation under Bankruptcy Code § 506

| CREDITOR | ECF # | STATUS | SECURED CLAIM | COLLATERAL DESCRIPTION | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|
| | | | | | % | $0.00 |

**7.3** Curing defaults and maintaining direct payments on long-term debt

**CLAIMS PAID DIRECT**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | DIRECT PMT |
|---|---|---|---|---|
| Farmers & Merchants Bank | | Paid outside | 2939 34th Avenue S. | $1,275.00 |
| Home Point Financial Corporation | 8 | Paid outside | 21931 Ima Brill Road | $1,051.00 |

**ARREARAGE CLAIMS**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | ARREARAGE |
|---|---|---|---|---|

**8. PRIORITY CLAIMS (EXCLUDING DOMESTIC SUPPORT OBLIGATIONS)**

| CREDITOR | ECF# | STATUS | TYPE OF PRIORITY | CLAIM/SCHEDULED AMOUNT |
|---|---|---|---|---|
| | | | | $0.00 |

**9. NONPRIORITY UNSECURED CLAIMS**

All allowed nonpriority, unsecured claims to be paid 100.00% of the original claim amount or the amount paid if such amount exceeds the modified distribution contemplated herein.

**10. SURRENDERED PROPERTY**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION |
|---|---|---|---|

**11. EXECUTORY CONTRACTS, INCLUDING UNEXPIRED LEASES OF REAL OR PERSONAL PROPERTY**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | REJECT/ASSUME |
|---|---|---|---|---|

**12. OTHER PLAN PROVISIONS**
Refer to plan for complete language.

**13. NONSTANDARD PLAN PROVISIONS**

The court finds that the plan as modified satisfies the requirements of 11 U.S.C. § 1325. It is thus ORDERED that the Debtor's motion to modify is granted, and the modified plan is approved on the terms summarized above.

Date: 7/24/2020 /s/JERRY C. OLDSHUE
U.S. BANKRUPTCY JUDGE

ORDER PREPARED BY:
Chapter 13 Trustee's Office
Order Motion to Modify Confirmed Plan RPT409